AO 91 (Rev. 08/09) Criminal Complaint

FILED BY_____D.C.

JAN 19 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SETH ALLAN HANSON | ) Case No. | 22-6014-STRAUSS |
| | ) | |
| | ) | |
| | ) | |
| *Defendant.* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __11/3/2021-1/19/2022__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2422(b) | Attempted coercion and enticement of a minor to engage in illicit sexual activity |
| Title 18, United States Code, Sections 2423(b) | Travel in Interstate commerce for the purpose of engaging in illicit sexual conduct with a minor |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Kimberly Jennette, Special Agent FBI
*Printed name and title*

Sworn to before me and signed via Facetime.

Date: January 19, 2022

_____
Judge's signature

City and state: Fort Lauderdale, Florida

Jared M. Strauss, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST

I, Kimberly Jennette, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since March 2018. I currently serve on the Violent Crimes against Children squad in the FBI Miami Field Office. As part of this squad, I am a participating member of the Human Trafficking and Child Exploitation Task Force. My duties include the detection and neutralization of human trafficking, enticement, and child exploitation. I have received training on the proper investigative techniques for these violations including surveillance techniques; interviewing methods of subjects, witnesses, and victims; and the preparation and execution of arrest, search, and seizure warrants. I have experience in reviewing still images and videos containing sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and I have discussed and reviewed these materials with other law enforcement officers. As part of the Task Force, I also have experience investigating computer crimes related to child pornography and crimes related to the abuse and exploitation of children, including online (Internet) undercover investigations.

2. I am a law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations, execute, and serve search warrants, and make arrests for offenses enumerated in Title 18 of the United States Code, and for offenses against the United States.

3. The information contained in this affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents involved in this investigation.

## PURPOSE OF THE AFFIDAVIT

4. The information set forth in this affidavit is provided in support of the attached criminal complaint, charging SETH ALLAN HANSON (hereinafter referred to as HANSON) with the following violation: Travel in Interstate commerce for the purpose of engaging in illicit sexual conduct with a minor, in violation of Title 18, United States Code, Section 2423(b) and attempted coercion and enticement of a minor to engage in illicit sexual activity, in violation of Title 18, United States Code, Section 2422(b). This affidavit is intended only to establish probable cause to believe that this offense was committed. As such, it does not include every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

5. The Kik Messenger application (commonly known as and will hereinafter be referred to as "Kik") is an instant messaging mobile application owned by MediaLab, Inc. and is available for free download on both iOS and Android operating systems. Kik uses either a data plan or Wi-Fi connection on a device, such as a smartphone or a tablet, to send and receive messages, images, videos, mobile webpages, and other content. Kik users are required to register a username; however, because Kik is known for its features allowing for user anonymity, it does not require users to register a telephone number. Kik maintains a log of each user's internet protocol ("IP") address(es) that can confirm a user's location.

6. A law enforcement officer, serving in an undercover capacity, is a member of a chatroom group on Kik (hereinafter referred to as the "GROUP"). This GROUP focuses on like-minded individuals who post and/or share videos and images of pornographic nature to include child pornography. Images and videos can be shared directly with the GROUP members or through links to other cloud-based websites that maintain images and video files. The actual display name

2

and Kik user identification name of the GROUP is known to your Affiant but will be withheld from this Complaint to protect ongoing investigations. If the GROUP name is publicly disclosed, it will harm the undercover officer's online identity and ongoing investigations into other targets.

7. On November 3, 2021, Kik user "hansoset", utilizing a display name of "paul wildtramp" and later identified as HANSON contacted the UC on Kik via private messenger. HANSON and the UC were both part of the GROUP where members discussed family incest and shared child sexual abuse material (CSAM). UC was a member of this group and indicated that he had a purported 10-year-old daughter.

8. The following is a portion of conversations between HANSON and the UC from November 2021 to December 2021:

- HANSON: "You got kids?"
  UC: "Daughter"
  UC: "You?"
  HANSON: "I wish"
  HANSON: "How old is she?
  UC: "10"
  HANSON: "Think I could see her"
  UC: "Sorry man. I only share with customers. Not into fantasy"
  HANSON: "Yea me and another guy are willing to pay if you can make it to Washington"

- HANSON: "I thought we were going to meet to discuss this or something"
  UC: "Not if you only want videos. I was thinking you wanted full package"
  HANSON: "I do"
  HANSON: "I wanna fuck her lol"

- HANSON: "What's the total cost"
  UC: "For?"
  HANSON: "Having her for a night or two"
  HANSON: "Fucking her a lot"
  UC: "$500 for an overnight + ticket"
  HANSON: "Hell I'll rent her for myself"
  HANSON: "Think you could get an air bnb or something I could pay"

- UC: "What days are you wanting to come?"

3

> UC: "Don't go to Orlando or we will have a long ass drive lol"
> HANSON: "Ok"
> HANSON: "January 18 to the 21st"

9. Later in the chats the UC told HANSON that his daughter was 11 years old. HANSON went on to describe in detail the sexual activity he wanted to engage in with the UC's 11-year-old daughter. HANSON also asked the UC if he would be able to obtain an 8- or 9-year-old for sexual activity if he were to travel to South Florida. HASON [HANSON] told the UC that he had requested time off work from January 18 through January 24th.

10. On November 8, 2021, law enforcement sent legal service to Kik for subscriber information associated with "hansoset". On November 10, 2021, law enforcement received a response indicating an account user location IP address of 73.42.224.224.

11. On November 16, 2021, UC offered HANSON his cell phone number and shortly after received a text message from phone number (253) 740-1635. This text message read, "Its Paul's from kik". On November 21, 2021, that phone user told UC that his real name was "Seth".

12. On November 21, 2021, HANSON told the UC that he had purchased a plane ticket to Fort Lauderdale, Florida from Seattle, Washington, leaving on January 18, 2022 and arriving in Fort Lauderdale on January 19, 2022. HANSON sent the UC a screen shot of the flight purchase confirmation. HANSON also agreed to pay the UC $200 in exchange for sex with the UC's purported minor daughter.

13. On November 24, 2021, the UC was contacted by a different undercover officer from the Metropolitan Police Department of the District of Columbia (MPDC). This undercover officer informed the UC that he had been chatting with Kik user "hansoset" with a display name of "Paul Wildtramp". During these conversations, "hansoset" told the MPDC undercover that he also wanted to have sex with the MPDC undercover's purported minor child.

4

14. Kik user "hansoset" then told the MPDC undercover that he could not meet with him in January because he was flying to Florida to have sex with an 11-year-old girl. During these conversations, the MPDC undercover also asked "hansoset" to confirm that he was an adult, "hansoset" subsequently sent the MPDC undercover numerous photographs of himself in addition to his Washington State driver's license.

15. The Washington State driver's license sent to the MPDC undercover matched the "selfie" photographs that "hansoset" had previously sent to both undercover agents from Miami and MPDC. The subject identified in the driver's license was:

- SETH ALLAN PAUL HANSON
  DOB: xx-xx-2002
  xxxx MERINO STREET
  BLACK DIAMOND, WA 98010

16. On November 29, 2021, law enforcement served a subsequent subpoena to Comcast for the aforementioned IP address provided by Kik. On December 10, 2021, Comcast provided a return with the following IP subscriber information:

- E. HANSON
  xxxx MERINO STREET
  BLACK DIAMOND, WA 98010

17. It should be noted that during conversations, HANSON told the UC that he was 19 years old and lived in the state of Washington with his parents.

18. On January 12, 2022, HANSON told the UC that he planned to travel and that his flight on Alaskan Airlines (AS416) was departing Seattle, WA on January 18, 2022 at 2:05p.m. and landing in Fort Lauderdale, FL at 10:50p.m.

19. On January 18, 2022, HANSON boarded his scheduled flight (AS416) from Seattle, WA to Fort Lauderdale, FL. Upon landing at approximately 10:25pm, HANSON, wearing a tan

5

backpack, walked to baggage claim and collected a red and black suitcase. HANSON was picked up at the airport by an undercover officer. During the drive from the airport to a 7-11 convenience store, the undercover officer audio and video recorded his conversation and interaction with HANSON. During the drive, HANSON provided the undercover officer the agreed upon $200 to engage in sexual activity with the online UC's purported 11-year-old daughter. The undercover officer reminded HANSON of the rules in place for engaging in sexual activity with the 11-year-old. HANSON agreed to the rules and verbally confirmed he brought the agreed-upon Pop Rocks for the daughter which were later located in HANSON's backpack.

20. Upon pulling up to the 7-11 convenience store, the undercover officer exited the vehicle and walked into the store. HANSON was arrested by FBI agents and transported to Hollywood Police Department where he was read his Miranda rights. HANSON requested a lawyer and all questioning ended.

## CONCLUSION

21. Based on the aforementioned information, your affiant respectfully submits that there is probable cause to believe that SETH ALLAN HANSON attempted to coerce and entice a minor to engage in illicit sexual activity, in violation of Title 18, United States Code, Section 2422(b) and did travel in Interstate commerce for the purpose of engaging in illicit sexual conduct

6

with a minor, in violation of Title 18, United States Code, Section 2423(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

*K. Jennette*
KIMBERLY JENNETTE, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed to via FaceTime video
on this 19 day of January 2022 in Fort Lauderdale, Florida:

HONORABLE JARED M. STRAUSS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-6014-STRAUSS

BOND RECOMMENDATION

DEFENDANT:     SETH ALLAN HANSON

Pre-Trial Detention recommended
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *M. Catherine Koontz*
SAUSA: M. Catherine Koontz

Last Known Address: _____

What Facility: _____

Agent(s):   Kimberly Jennette, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)